CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
RHu
MAR 25 2008
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RAY C. TURNER,<br>    Plaintiff, | )<br>)  Civil Action No. 7:08cv00248<br>) |
| v. | )  **FINAL ORDER**<br>) |
| SOUTHWEST VIRGINIA<br>REGIONAL JAIL, et al.,<br>    Defendants. | )<br>)  By: Hon. Jackson L. Kiser<br>)  Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the plaintiff's complaint shall be **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g); plaintiff's request to proceed in forma pauperis is **DENIED as MOOT**; and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 25th day of March, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge